# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Sadaf Petroleum Kabul, Ltd. | ) ASBCA No. 58353 |
| | ) |
| Under Contract No. W560MY-12-C-0004 | ) |

APPEARANCE FOR THE APPELLANT:    Mark G. Jackson, Esq.
Jackson Rosesnfield LLP
Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Anthony V. Lenze, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.

The appeal is dismissed with prejudice.

Dated: 12 March 2014

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58353, Appeal of Sadaf Petroleum Kabul, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals